JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, on behalf of itself and its Members; JAMES LEE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HOP STONEGATE, LLC, et al.,<br><br>Defendants. | Case No. CV 26-6101-MWF(DSRx)<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY |

The Court has considered the parties' Stipulation for Dismissal with Prejudice of All Defendants and Plaintiffs' Complaint in its Entirety (the "Stipulation"). (Docket No. 14). For good cause shown, the Court GRANTS the Stipulation. This entire action is hereby DISMISSED with prejudice as to all Defendants, with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: September 16, 2026

MICHAEL W. FITZGERALD
United States District Judge